UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO.

RECEIVED
12 JAN -6 PM 3: 22
CLERK, U.S. DIST. COURT
ST. PAUL, MN

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | (21 U.S.C. § 841(a)(1)) |
| v. | (21 U.S.C. § 841(b)(1)(C)) |
| ISAAC HODGE III, | (21 U.S.C. § 846) |
| Defendant. | CR 12-7 PJS |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Conspiracy to Distribute and
Possess with Intent to Distribute)

From in or about May, 2011, and continuing through in or about July, 2011, in the State and District of Minnesota, the defendant,

**ISAAC HODGE III,**

knowingly and intentionally conspired with other persons, whose names are known and unknown, to distribute and possess with intent to distribute a mixture or substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

Dated: January 6, 2011

B. TODD JONES
United States Attorney

BY: STEVEN L. SCHLEICHER
Assistant U.S. Attorney
Attorney ID No. 260587

SCANNED
JAN 06 2012
U.S. DISTRICT COURT ST. PAUL

FILED JAN 06 2012
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____